IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH MARVIN STAGGS                                                                          PETITIONER
*#0036266*

V.                              CASE NO. 3:23-cv-00045-BRW-JTK

RONNIE COLE,                                                                                       RESPONDENT
Sherriff of Clay County, Arkansas

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

SO ORDERED this  14th  day of   November   , 2024.

                                                 BILLY ROY WILSON
                                                 Billy Roy Wilson
                                                 United States District Judge