IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH MARVIN STAGGS                                                                    PETITIONER
*#0036266*

V.                              CASE NO. 3:23-cv-00045-BRW-JTK

RONNIE COLE,                                                                             RESPONDENT
Sherriff of Clay County, Arkansas

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED with prejudice.

SO ORDERED this  14th  day of   November   , 2024.


                                                       BILLY ROY WILSON
                                                       Billy Roy Wilson
                                                       United States District Judge